UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWSHAWN DELIMA,<br><br>               Plaintiff,<br><br>     -against-<br><br>DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>              Defendants. | 25cv9111 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 27, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 4, 2026
           New York, New York

                           /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                     Chief United States District Judge